UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RENTERIA,<br><br>      Petitioner,<br><br>   v.<br><br>B. BIRKHOLZ, Warden,<br><br>      Respondent. | Case No. 2:25-cv-02798-CV-KES<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: 9/11/25

*Cynthia Valenzuela*
Cynthia Valenzuela
UNITED STATES DISTRICT JUDGE